

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-13-00715-CR, 04-13-00716-CR, 04-13-00717-CR, 04-13-00718-CR

Ex Parte Rogelio **RINCON**, Jr.,
Appellant

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2442, 2012CR2443, 2012CR2444, 2012CR2445
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellant's briefs were due on December 2, 2013. After no briefs or motions for extension of time to file the briefs were filed, on January 7, 2014, we abated these appeals and remanded them to the trial court to conduct an abandonment hearing to answer the questions required by the Rules. *See* TEX. R. APP. P. 38.8(b)(2),(3). On January 15, 2014, attorney James V. Tocci filed a motion to withdraw as counsel of record for Appellant's pro se notices of appeal; his motion states he is not on the list of attorneys approved for appeals.

The trial court held a hearing on January 24, 2014; it filed a supplemental clerk's record containing findings of fact and conclusions of law. The court reporter filed a supplemental reporter's record of the hearing. *See id.* R. 38.8(b)(3).

The trial court found that (1) Appellant wishes to prosecute his appeals, (2) Appellant is indigent, and (3) court-appointed trial attorney James V. Tocci has not abandoned the appeals. In response to Mr. Tocci's motion to withdraw as appellate counsel, the trial court appointed the Appellate Public Defender's Office as counsel for Appellant's appeals.

Therefore, we REINSTATE these appeals on this court's docket. We GRANT Attorney James V. Tocci's motion to withdraw as appellate counsel. We ORDER Appellant's court-appointed counsel Appellate Public Defender's Office to file Appellant's brief with this court within TWENTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.



Keith E. Hottle
Clerk of Court